The People of the State of Illinois, defendant in error, v. Fitzhugh Overturf, plaintiff in error.

Prosecution for failure to support and maintain a child. Defendant convicted and sentenced to pay a certain sum monthly as a fine for the benefit of such child. Error to the County Court of Franklin county; the Hon. Thomas J. Myers, Judge, presiding. Heard in this court at the March term, 1922. Reversed and remanded. Opinion filed July 11, 1922.

R. E. Neunlist and H. F. Knox, for plaintiff in error. Roy C. Martin, for defendant in error.

Mr. Presiding Justice Higbee delivered the opinion of the court.

---

Clyde Diehl, appellant, v. Gustave Duecker, appellee.

Action for personal injuries received in an automobile collision. Judgment for defendant. Appeal from the Circuit Court of St. Clair county; the Hon. George A. Crow, Judge, presiding. Heard in this court at the March term, 1922. Reversed and remanded. Opinion filed July 11, 1922.

Eugene W. Kreitner, for appellant. Barthel, Farmer & Klingel, for appellee.

Mr. Presiding Justice Higbee delivered the opinion of the court.

---

George E. Gleason, appellant, v. J. E. Black Charcoal Company, appellee.

Action for the price of wood delivered to defendant by a third party. Judgment for defendant. Appeal from the Circuit Court of Pulaski county; the Hon. William N. Butler, Judge, presiding. Heard in this court at the March term, 1922. Affirmed. Opinion filed July 11, 1922.

C. S. Miller, for appellant. Wall, Martin & Wall, for appellee.

Mr. Presiding Justice Higbee delivered the opinion of the court.

---

F. L. Stevens, appellant, v. O. W. Reed, appellee.

Assumpsit for the amount due on three trade acceptances defended on the ground of fraud. Judgment for defendant. Appeal from the Circuit Court of Lawrence county; the Hon. Julius C. Kern, Judge, presiding. Heard in this court at the March term, 1922. Reversed and remanded. Opinion filed July 11, 1922.

Gee & Gee, for appellant. Shaw & Huffman, for appellee.

Mr. Presiding Justice Higbee delivered the opinion of the court.

---

M. C. Holtslaw, appellee, v. Baltimore & Ohio Southwestern Railroad Company, appellant.

Action for damages for the loss of a jack killed by defendant's train on or near a highway. Judgment for plaintiff. Appeal from the Circuit Court of Marion county; the Hon. Thomas M. Jett, Judge, presiding. Heard in this court at the March term, 1922. Affirmed. Opinion filed July 11, 1922.

E. B. Vandervort and Kramer, Kramer & Campbell, for appellant; Morison R. Waite and William A. Eggers, of counsel. Charles H. Holt, for appellee.

Mr. Presiding Justice Higbee delivered the opinion of the court.